UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY HOWARD a/k/a
GREGORY EUGENE WILLIAMS,

    Plaintiff,

    v.

FERNANDO GOMEZ; et al.,

    Defendants.
                              /

No. C 09-6077 SI (pr)

**ORDER OF TRANSFER**

    Gregory Howard a/k/a Gregory Eugene Williams filed this action using the form habeas petition. Although he used the form habeas petition, the nature of his claim does not concern the fact or duration of his confinement and instead concerns the conditions of confinement as he alleges that prison officials at the California Correctional Institution refused to grant him a name change or correct his records to reflect his preferred name. The events or omissions complained of occurred at the California Correctional Institution in Tehachapi, California. Tehachapi is in Kern County, within the venue of the Eastern District of California. The defendants apparently are employees of the prison and an employee at the CDCR's headquarters in Sacramento County, and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the U. S. District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: April 1, 2010

                                                          _____
                                                          SUSAN ILLSTON
                                                    United States District Judge